Case 2:25-mj-00028-SCR   Document 7   Filed 02/14/25   Page 1 of 1

**FILED**
February 14, 2025
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

MARICELA SELK,

    Defendant.

Case No. 2:25-mj-00028-SCR

**ORDER FOR RELEASE OF PERSON IN CUSTODY**

TO:    UNITED STATES MARSHAL:

This is to authorize and direct you to release  MARICELA SELK, Case No. 2:25-mj-00028-SCR , Charge 21 U.S.C. § 841(a)(1), from custody for the following reasons:

    _____ Release on Personal Recognizance

    _____ Bail Posted in the Sum of $

         X  Unsecured Appearance Bond $   5,000.00

        _____ Appearance Bond with 10% Deposit

        _____ Appearance Bond with Surety

        _____ Corporate Surety Bail Bond

         X  (Other):  Release delayed until 2/19/2025 at 9:00 AM with terms as stated on the record, and thereafter, the defendant must directly report to the Pretrial Services Office on 501 I Street, 2nd Floor, Suite 2-400, Sacramento, CA 95814.

Issued at Sacramento, California on February 14, 2025, at 3:40 PM.

By: _____
Magistrate Judge Sean C. Riordan