HEATHER E. WILLIAMS, #122664
Federal Defender
RACHELLE BARBOUR, #185395
Assistant Federal Defender
OFFICE OF THE FEDERAL DEFENDER
801 I Street, 3rd Floor
Sacramento, CA 95814
Tel: 916-498-5700  Fax: 916-498-5710

Attorneys for Defendant
MARICELA SELK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:25-MJ-028-SCR |
| Plaintiff, | [proposed] ORDER FOR TRANSPORTATION PURSUANT TO 18 U.S.C. §4285 |
| v. | |
| MARICELA SELK, | Judge: Hon. Jeremy D. Peterson (duty) |
| Defendant. | |

**TO: UNITED STATES MARSHAL SERVICE, SACRAMENTO, CALIFORNIA:**

This is to authorize and direct you to furnish the above-named defendant, MARICELA SELK, with ground transportation <u>and</u> subsistence expenses for travel from her residence in Turlock, California, to San Diego, California, to timely make her court appearance on Thursday, February 27, 2025, at 2:00 p.m. at the Edward J. Schwartz United States Courthouse, 221 West Broadway, San Diego, CA 92101, in front of the Duty Judge (Courtroom 2A). This includes ground transportation to the District Court in San Diego, California, from the closest train station or bus depot.

The United States Marshal must furnish Ms. Selk with money for subsistence expenses to her destination, including any stay in the Southern District of California, not to exceed the amount authorized as a per diem allowance for travel under section 5702(a) of Title 5, United States Code. This order is authorized pursuant to 18 U.S.C. §4285.

-1-

1  The Court also confirms that Ms. Selk will not be electronically monitored during her
2  travel and while she is in San Diego for court purposes.
3  IT IS SO ORDERED.

Dated: February 19, 2025

HON. JEREMY D. PETERSON
United States Magistrate Judge